**Anthony HUBBARD, Appellant,**

v.

**George A. LOMBARDI, Respondent.**

No. WD 75402.

Missouri Court of Appeals, Western District.

April 9, 2013.

Anthony Hubbard, Appellant pro se.

Stephen D. Hawke, Jefferson City, for Respondent.

Before Division One: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

**ORDER**

PER CURIAM:

Anthony Hubbard appeals from the trial court's judgment denying in part his petition for writ of mandamus seeking 246 days credit against his prison sentences under section 558.031, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).